DAVID A GILL (Tr), TRUSTEE (State Bar No.032145)
TrusteeECF@dgdk.com
1900 AVE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Kaveh Hakimian<br><br>Debtor(s) | Case No.: 2:15-bk-20216-RN<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a); F.R.B.P. 2003(e)] |

COUNSEL: Bahram Bahram Madaen
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **09/21/15 at 1:30 PM,** located at: **915 WILSHIRE BLVD, 10TH FLOOR, ROOM #2, LOS ANGELES, CA 90017.**

Dated: July 29, 2015

/s/ DAVID A GILL (Tr)
DAVID A GILL (Tr), TRUSTEE

**PROOF OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is , ,

On July 29, 2015, I served the forgoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Kaveh Hakimian
865 COMSTOCK AVE 6D
LOS ANGELES, CA 90025

Bahram Bahram Madaen
MADAEN LAW, INC.
16787 BEACH BLVD
SUITE 777
HUNTINGTON BEACH, CA 92647

☒**BY MAIL**

☒ I deposited such envelope in the mail at Los Angeles, California. The envelopes was mailed with postage thereon fully prepaid.

☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on July 29, 2015, at Los Angeles, California.

☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ Joseph Vidaurri
Joseph Vidaurri